IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Constellation Mystic Power, LLC, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | No. 21-1198 |
| ) | |
| Federal Energy Regulatory Commission, ) | |
| ) | |
| *Respondent*. ) | |

**MOTION FOR LEAVE TO INTERVENE
OF THE MASSACHUSETTS ATTORNEY GENERAL**

Maura Healey, the Attorney General of the Commonwealth of Massachusetts ("Massachusetts Attorney General") moves this Court, pursuant to Rule 15(d) of the Federal Rules of Appellate Procedure ("FRAP") and Circuit Rule 15(d) of this Court, for leave to intervene in the above captioned proceeding. The Petition filed by Constellation Mystic Power, LLC ("Constellation") seeks review of the following orders of the Federal Energy Regulatory Commission ("Commission"):

1. *Constellation Mystic Power, LLC*, Docket No. ER18-1639-000, 176 FERC ¶61,019 (July 15, 2021) ("July 2021 Order").

2. *Constellation Mystic Power, LLC*, Docket No. ER18-1639-010, 176 FERC ¶62,127 (Sept. 13, 2021) ("September 2021 Order").

2

The Massachusetts Attorney General is the chief legal officer for the Commonwealth of Massachusetts ("Commonwealth") and is authorized by both Massachusetts common law and statute to institute and participate in proceedings before state and federal courts, tribunals, and commissions as she may deem to be in the public interest.  Mass. Gen. Laws ch. 12, §10, *Feeney v. Commonwealth*, 366 N.E.2d 1262, 1266 (Mass. 1977); *Sec'y of Admin. & Fin. v. Attorney General*, 326 N.E.2d 334, 338 (Mass. 1975).  The Massachusetts Attorney General is charged with representing the Commonwealth, the public interest, and the people of the Commonwealth with respect to electric industry matters that affect electric consumers in Massachusetts, and she is authorized expressly by statute to intervene on behalf of public utility ratepayers in proceedings before the Commission.  Mass. Gen. Laws ch. 12, § 11E.

The Massachusetts Attorney General actively participated in the proceedings in Docket No. ER18-1636 which produced the orders of which Constellation Mystic seeks review.  Any change, modification, or reversal of these orders could substantially affect the rates paid by ratepayers in the Commonwealth.  As a result, the Massachusetts Attorney General has a direct and material interest in this proceeding that may be affected by any

order issued by this Court and therefore seeks leave to intervene in the above-captioned proceeding. These interests are not adequately represented by any other party and the Massachusetts Attorney General's participation is necessary and appropriate to fulfil her statutory obligation to protect the interests of utility ratepayers in the Commonwealth.

The Massachusetts Attorney General is a governmental entity and does not issue stock, so it is not subject to the corporate disclosure statement requirement of Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1.

    Respectfully submitted,

    MAURA HEALEY
    ATTORNEY GENERAL

    /s/ *Christina H. Belew*
    Christina H. Belew
    *Assistant Attorney General*
    Office of Ratepayer Advocacy
    OFFICE OF THE ATTORNEY GENERAL
     OF MASSACHUSETTS
    One Ashburton Place, 18th Floor
    Boston, Massachusetts 02108
    (617) 963-2380
    christina.belew@state.mass.us


    /s/ *Ashley M. Bond*
    Ashley M. Bond
    Duncan & Allen LLP
    1730 Rhode Island Avenue, N.W.
    Suite 700

>Washington, DC 20036
>Telephone: (202) 289-8400
>Facsimile: (202) 289-8450
>amb@duncanallen.com

# CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing Motion for Leave to Intervene of the Massachusetts Attorney General with the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on November 8, 2021, and that all parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

Dated: November 8, 2021

                                                /s/ *Ashley M. Bond*
                                                Ashley M. Bond
                                                Duncan & Allen LLP
                                                1730 Rhode Island Avenue, N.W.
                                                Suite 700
                                                Washington, DC 20036
                                                Telephone: (202) 289-8400
                                                Facsimile: (202) 289-8450
                                                amb@duncanallen.com