UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Constellation Mystic Power, LLC, *et al.* Petitioners, | ) ) ) ) | |
| v. | ) ) | No. 21-1198, *et al.* (consolidated) |
| Federal Energy Regulatory Commission, Respondent. | ) ) ) | |

**JOINT PROPOSAL TO ESTABLISH
A BRIEFING FORMAT AND SCHEDULE**

In response to the Court's March 1, 2022 order, the parties to these consolidated cases have conferred and propose the following format and schedule for briefing.

**I.    PROPOSED SCHEDULE AND FORMAT**

In its March 1 order, the Court observed that these consolidated petitions may present problems of duplicative briefing and directed the parties to propose formats for the briefing of this case.  In response to that order, all of the parties involved in these consolidated cases – petitioners, respondent, intervenors in support of petitioners, and intervenors in support of the Federal Energy Regulatory Commission – have conferred and propose the briefing format and schedule below.

The parties' proposal is intended to ensure that there is balanced

briefing on all sides; to accommodate potential scheduling conflicts and internal review processes; to provide the Federal Energy Regulatory Commission with sufficient time to respond to petitioners' and intervenors' opening briefs; and to avoid duplicative briefing.

| **BRIEF** | **WORD LIMIT** | **DEADLINE** |
|---|---|---|
| **Petitioners' Briefs:** | | |
| Constellation Mystic Opening Brief | 13,000 words | 75 days after entry of briefing schedule |
| Massachusetts Attorney General, Connecticut Parties,[1] and Eastern New England Consumer Owned System ENECOS[2] Opening Brief | 13,000 words | 75 days after entry of briefing schedule |

---

[1] The Connecticut Parties are the Connecticut Public Utilities Regulatory Authority, the Connecticut Department of Energy and Environmental Protection, the Connecticut Office of Consumer Counsel, New England States Committee on Electricity, and the Massachusetts Attorney General.

[2] The Eastern New England Consumer-Owned Systems Intervenors are Braintree Electric Light Department, Concord Municipal Light Plant, Georgetown Municipal Light Department, Hingham Municipal Lighting Plant, Littleton Electric Light & Water Department, Middleborough Gas and Electric Department, Middleton Electric Light Department, Norwood Municipal Light Department, Pascoag Utility District, Reading Municipal Light Department, Taunton Municipal Lighting Plant and Wellesley Municipal Light Plant.

| **Petitioners-Intervenors' Briefs:** | | |
|---|---|---|
| Brief of Intervenors Massachusetts Municipal Wholesale Electric Company; New Hampshire Electric Cooperative, Inc. | 9,100 words | 14 days after Petitioners' opening briefs |

| **Respondent's Brief:** | | |
|---|---|---|
| Response Brief of Respondent Federal Energy Regulatory Commission | 22,000 words | 75 days after Intervenor-Petitioners' briefs |

| **Intervenor-Respondent's Briefs:** | | |
|---|---|---|
| Brief of Intervenor Constellation Mystic | 9,100 words | 14 days after Respondent's brief |
| Brief of Intervenors Massachusetts Attorney General, Connecticut Parties, Mass. Municipal, and New Hampshire Electric Coop. | 9,100 words | 14 days after Respondent's brief |

**Petitioners' Reply Briefs:**

| | | |
|---|---|---|
| Reply Brief of Constellation Mystic | 6,500 words | 45 days after Intervenor-Respondents' briefs |
| Reply Brief of Massachusetts Attorney General, Connecticut Parties, and ENECOS | 6,500 words | 45 days after Intervenor-Respondents' briefs |

**Intervenor-Petitioners' Reply Briefs:**

| | | |
|---|---|---|
| Brief of Intervenors Mass. Municipal, New Hampshire Electric Coop | 4,550 words | 45 days after Intervenor-Respondents' briefs |

| | | |
|---|---|---|
| **Joint Appendix** | | 14 days after reply briefs |

| | | |
|---|---|---|
| **Final Briefs** | | 7 days after Joint Appendix |

## II.   JUSTIFICATION FOR THE BRIEFING PROPOSAL

This case involves seven consolidated petitions from four sets of petitioners challenging a series of Commission orders setting the return on equity that the owners of the Mystic Generation Station may recover under a contract with the New England Independent System Operator (the Mystic Agreement). The participants in these consolidated cases

4

represent diverse interests with differing perspectives on the Commission's orders. The briefing format proposed here is intended to avoid duplicative briefing and posture the issues to be presented in a way that makes greatest sense for judicial consideration.

1. ***Petitioners' Briefs.*** The petitioners in these consolidated appeals are divided into two groups that have taken opposite positions on the issues addressed in the Commission's orders: (1) petitioner Constellation Mystic Power, LLC (Case Nos. 21-1198, 22-1008, 22-1026), generally contends that the return on equity set by the Commission provides too little compensation; and (2) petitioners (a) that represent the interests of state governments and their constituent ratepayers, and (b) are participants in the New England wholesale markets that will be allocated a portion of the costs under the Mystic Agreement, who generally contend that the return on equity is excessive. This second petitioner group consists of: (a) the Attorney General of the Commonwealth of Massachusetts (Case No. 21-1223); and (b) the Connecticut Public Utilities Regulatory Authority, Connecticut Department of Energy and Environmental Protection, and Connecticut Office of Consumer Counsel (Case Nos. 21-1222, 22-1001),

and (c) the Eastern New England Consumer-Owned Systems (Case No. 21-1224).

    **a.** *Mystic*: Mystic will file a single opening brief with the standard word limit (13,000 words).

    **b.** *The Massachusetts Attorney General/Connecticut Parties/ENECOS Petitioners:* These petitioners' interests are generally aligned, and they therefore propose to submit a joint brief with the standard word limit (13,000 words).

    **2.** *Intervenors in support of Petitioners*: The Massachusetts Municipal Wholesale Electric Company and New Hampshire Electric Cooperative, Inc. have intervened on behalf of the Massachusetts Attorney General/Connecticut Parties/ENECOS Petitioners. They propose to file a joint brief containing non-duplicative arguments that will not exceed the standard 9,100 word limit. All parties have agreed that the Petitioners-Intervenors' brief will be filed 14 days after the Petitioners' opening briefs.

    **3**. ***Respondent's Brief:*** The Federal Energy Regulatory Commission proposes to file a single brief that will not exceed 22,000

words in response to the petitioners' opening briefs.  This word limit is less than the combined total of the petitioners' opening briefs.

All parties have agreed that the Commission should file its responsive brief 75 days after the filing of the brief of intervenors in support of the Petitioners.  This requested briefing interval is appropriate given that the Commission will be responding to two petitioner briefs and one intervenor brief.  In addition, because the Commission has numerous cases before this Court and other courts of appeals at any given time, the requested briefing interval facilitates efficient coordination of the Commission's case load, and lessens the possibility that the Commission will be forced to seek an extension after briefing has commenced.

4.   ***Respondent-Intervenors Briefs***:  Mystic has intervened on behalf of the Commission in Case Nos. 21-1222, 21-1223, 21-1224, and 22-1001.  Mystic proposes to submit a single intervenor brief with the standard 9,100 word limit.

The Massachusetts Attorney General, the Connecticut Parties, and the Massachusetts Municipal Wholesale Electric Company and New Hampshire Electric Cooperative, Inc. have intervened on behalf of

the Commission in some or all of Case Nos. 21-1198, 22-1008, and 22-1026. These intervenors also propose a single intervenor brief with the standard allotment of 9,100 words.

All parties have agreed that the Respondent-Intervenors' briefs will be filed 14 days after the Commission's brief.

   5.   ***Reply Briefs***:

      a.   ***The Petitioners***: Mystic and the Massachusetts Attorney General/Connecticut Parties/ENECOS Petitioners each propose to file reply briefs that comply with the standard 6,500 word limit.

      b.   ***Petitioners-Intervenors***: The Massachusetts Municipal Wholesale Electric Company and New Hampshire Electric Cooperative, Inc. propose to file a joint intervenor reply brief that will not exceed the standard 4,550 word limit.

All parties have agreed that the reply briefs would be filed 45 days after the Respondent-Intervenors' briefs. This time period is requested to allow for better coordination and to account for the State Petitioners' internal review processes.

# CONCLUSION

The parties submit that the proposed briefing format and schedule set forth above is reasonable and appropriate, and request that the Court enter their proposal.

Respectfully submitted,

<u>*/s/ Robert M. Kennedy Jr.*</u>
Senior Attorney
Federal Energy Regulatory
Commission
888 First Street NE
Washington DC 20426
Telephone: (202) 502-8904
Facsimile: (202) 273-0901
robert.kennedy@ferc.gov

*Counsel for the Federal
Energy Regulatory Commission*

<u>*/s/ Matthew A. Fitzgerald*</u>
Noel Symons
MCGUIREWOODS LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
(t) (202) 857-2929
(f) (202) 828-2992
nsymons@mcguirewoods.com

Matthew A. Fitzgerald
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal
Street Richmond,
VA 23219
(t) (804) 775-4716
(f) (804)-698-2251
mfitzgerald@mcguirewoods.com

*Counsel for Exelon Corporation
and
Constellation Mystic Power, LLC*

MAURA HEALEY
ATTORNEY GENERAL

*/s/ Christina H. Belew*
CHRISTINA H. BELEW
Assistant Attorneys General
Office of Ratepayer Advocacy
OFFICE OF THE ATTORNEY
GENERAL
OF MASSACHUSETTS
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
(617) 963-2577
christina.belew@mass.gov
timothy.reppucci@mass.gov

*/s/ Ashley M. Bond*
ASHLEY M. BOND
DUNCAN & ALLEN LLP
1730 Rhode Island Ave, NW
Suite 700
Washington, D.C. 20036
(202) 289-8400
amb@duncanallen.com

*Counsel for the Massachusetts Attorney General*

*/s/ John P. Coyle*
John P. Coyle
DUNCAN & ALLEN LLP
1730 Rhode Island Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 289-8400
jpc@duncanallen.com

*Counsel for Braintree Electric Light Department, Concord Municipal Light Plant, Georgetown Municipal Light Department, Hingham Municipal Lighting Plant, Littleton Electric Light & Water Department, Middleborough Gas and Electric Department, Middleton Electric Light Department, Norwood Municipal Light Department, Pascoag Utility District, Reading Municipal Light Department, Taunton Municipal Lighting Plant and Wellesley Municipal Light Plant* (*the Eastern New England Consumer-Owned Systems*)

/s/ *Seth A. Hollander*
Seth A. Hollander
Assistant Attorney General—
Special Litigation
CONNECTICUT OFFICE OF THE
ATTORNEY GENERAL
10 Franklin Square
New Britain, CT 06051

*/s/ Scott H. Strauss*
Scott H. Strauss
Jeffrey A. Schwarz
Latif M. Nurani
Amber L. Martin Stone
SPIEGEL & MCDIARMID LLP
1875 Eye Street, NW
Suite 700
Washington, DC 20006

*Counsel for Connecticut Public Utilities Regulatory Authority*

*/s/ Kirsten S.P. Rigney*
Kirsten S.P. Rigney
Legal Director, Bureau of Energy
Technology Policy
CONNECTICUT DEPARTMENT OF
ENERGY AND ENVIRONMENTAL
PROTECTION
10 Franklin Square
New Britain, CT 06051

*/s/ Robert Snook*
Robert Snook
Assistant Attorney General—
Environment
CONNECTICUT OFFICE OF THE
ATTORNEY GENERAL
10 Franklin Square
New Britain, CT 06051

*Counsel for Connecticut Department of Energy and Environmental Protection*

*/s/ Andrew W. Minikowski*
Andrew W. Minikowski
Julie Datres
Staff Attorneys
CONNECTICUT OFFICE OF
 CONSUMER COUNSEL
10 Franklin Square
New Britain CT 06051-2644

*Counsel for Connecticut Office of Consumer Counsel*

                                          */s/ Amber L. Martin Stone*
                                          Scott H. Strauss
                                          Jeffrey A. Schwarz
                                          Amber L. Martin Stone
                                          SPIEGEL & MCDIARMID LLP
                                          1875 Eye Street, NW
                                          Suite 700
                                          Washington, DC 20006

                                        *Counsel to Massachusetts Municipal Wholesale Electric Company and New Hampshire Electric Cooperative, Inc.*

Dated: March 31, 2022

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I certify that this filing complies with the type-volume limitation of Fed. R. App. P. 27(d) because it contains 1,162 words, excluding the parts exempted by Fed. R. App. P. 32(f).

I further certify that this filing complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this filing has been prepared in Century Schoolbook 14-point font using Microsoft Word 2010.

/s/ *Robert M. Kennedy*
Robert M. Kennedy
Senior Attorney

Federal Energy Regulatory
   Commission
Washington, D.C.  20426
Tel.: (202) 502-8904
Fax: (202) 273-0901
Email: robert.kennedy@ferc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 31, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>	*/s/ Robert M. Kennedy*
>	Robert M. Kennedy
>	Senior Attorney