# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 21-1198**                         **September Term, 2021**

FERC-ER18-1639-000
FERC-ER18-1639-010
FERC-ER18-1639-013

**Filed On:** July 27, 2022

Constellation Mystic Power, LLC,

     Petitioner

    v.

Federal Energy Regulatory Commission,

     Respondent

------------------------------

Maura Healey, Attorney General of the Commonwealth of Massachusetts, et al.,
     Intervenors
------------------------------

Consolidated with 21-1222, 21-1223, 21-1224, 22-1001, 22-1008, 22-1026

    **BEFORE:**     Wilkins, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the motion to hold proceedings in abeyance, the opposition thereto, and the reply, it is

**ORDERED** that the motion to hold proceedings in abeyance be granted and that these consolidated cases be held in abeyance pending further order of the court. See Basardh v. Gates, 545 F.3d 1068, 1069 (D.C. Cir. 2008) (per curiam). The parties are

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 21-1198**　　　　　　　　　　　　　　　**September Term, 2021**

directed to file motions to govern future proceedings within 30 days of the court's disposition of <u>MISO Transmission Owners v. FERC</u>, No. 16-1325, et al.

**<u>Per Curiam</u>**

　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　Laura Chipley
　　　　　　　　　　　　　　Deputy Clerk