# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-1198**                               **September Term, 2021**

FERC-ER18-1639-013
FERC-ER18-1639-000
FERC-ER18-1639-010

**Filed On: August 9, 2022** [1958472]

Constellation Mystic Power, LLC,

       Petitioner

   v.

Federal Energy Regulatory Commission,

       Respondent

------------------------------

Maura Healey, Attorney General of the Commonwealth of Massachusetts, et al.,
       Intervenors

------------------------------

Consolidated with 21-1222, 21-1223, 21-1224, 22-1001, 22-1008, 22-1026

## O R D E R

    Upon consideration of the court's order filed July 27, 2022, holding these cases in abeyance and the court's disposition in MISO Transmission Owners, et al. v. FERC, No. 16-1325, et al., which was decided on August 9, 2022, it is

    **ORDERED**, on the court's own motion, that the parties file motions to govern future proceedings in this case by September 8, 2022.

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                                BY:    /s/
                                             Daniel J. Reidy
                                             Deputy Clerk