# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 21-1198**  September Term, 2022

FERC-ER18-1639-013
FERC-ER18-1639-000
FERC-ER18-1639-010

**Filed On: April 26, 2023** [1996535]

Constellation Mystic Power, LLC,

       Petitioner

   v.

Federal Energy Regulatory Commission,

       Respondent

------------------------------

Maura Healey, Attorney General of the
Commonwealth of Massachusetts, et al.,
       Intervenors
------------------------------

Consolidated with 21-1222, 21-1223,
21-1224, 22-1001, 22-1008, 22-1026

## O R D E R

Upon consideration of the unopposed motion to govern, it is

**ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings by July 24, 2023.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

             BY:   /s/
                          Catherine J. Lavender
                          Deputy Clerk