UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Constellation Mystic Power, LLC, *et al.* Petitioners, v. Federal Energy Regulatory Commission, Respondent. | ) ) ) ) ) ) ) ) ) ) | No. 21-1198, *et al.* (consolidated) |

**UNOPPOSED MOTION TO GOVERN**

Under the Court's July 27, 2023 order and Federal Rule of Appellate Procedure 27, Petitioner Constellation Mystic Power, LLC ("Mystic") submits this motion to govern future proceedings. Mystic has consulted with counsel for all other parties in these consolidated appeals. No party has said that it will object to the proposal set forth below.

**BACKGROUND**

These cases have been held in abeyance since August 2022. Initially, these cases were held pending final decision in this Court of *MISO Transmission Owners v. FERC*, 45 F.4th 248 (August 9, 2022). Following this Court's remand in *MISO Transmission Owners*, the parties have agreed to 90-day abeyances to await a final ruling from

1

FERC in that case, which some expect may bear on some of the issues raised in the consolidated petitions for review in this proceeding.

Most recently, on July 24, 2023, Mystic filed its latest unopposed motion requesting an additional 90-day abeyance. ECF Doc. #2009251. The Court granted that motion, directing the parties to file motions to govern future proceedings by October 25, 2023. Order, ECF Doc. # 2009817.

## PROPOSAL

All parties agree that this case should remain in abeyance for a further ninety days, pending possible action by the Commission on the remand in the *MISO Transmission Owners* case during that time. The Commission has taken no action in the *MISO Transmission Owners* docket during the past 90 days. What the Commission does on remand in the *MISO Transmission Owners* case could eventually change the Commission's position on some of the issues presented in these consolidated appeals. At the same time, Mystic would oppose an indefinite, lengthy abeyance given that these appeals focus on Mystic's cost recovery for a set period of time that began on June 1, 2022 and is scheduled to end May 31, 2024, and not all of the issues here are

implicated by the *MISO Transmission Owners* proceeding. For these reasons, the parties have agreed to seek a 90-day abeyance, reserving their rights to seek further abeyance of this proceeding or to propose alternative paths if the *MISO Transmission Owners* case remains pending before the Commission after that time.

    Accordingly, Mystic, without opposition, moves this Court for an order: (1) keeping the consolidated petitions, No. 21-1198, *et al.*, in abeyance, and (2) directing that motions to govern future proceedings be filed within 90 days.

Dated: October 25, 2023                    Respectfully submitted,

*/s/ Matthew A. Fitzgerald*
Matthew A. Fitzgerald
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-4716
F: (804) 698-2251
mfitzgerald@mcguirewoods.com

Noel H. Symons
Katlyn A. Farrell
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, D.C. 20006
T: (202) 857-2929

F: (202) 828-2992
nsymons@mcguirewoods.com
kfarrell@mcguirewoods.com

*Counsel for Constellation Mystic Power, LLC*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I certify that this filing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(C) because it contains 388 words, excluding the parts exempted by Fed. R. App. P. 32(f).

I further certify that this filing complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this filing has been prepared in Century Schoolbook 14-point font using Microsoft Word.

Dated: October 25, 2023            */s/ Matthew A. Fitzgerald*
                                   Matthew A. Fitzgerald

                                   *Counsel for Constellation Mystic Power, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 25, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>	*/s/ Matthew A. Fitzgerald*
>	Matthew A. Fitzgerald
>
>	*Counsel for Constellation Mystic Power, LLC*