# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-1198**  **September Term, 2023**

FERC-ER18-1639-013
FERC-ER18-1639-000
FERC-ER18-1639-010

**Filed On: January 25, 2024** [2037409]

Constellation Mystic Power, LLC,

      Petitioner

    v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Maura Healey, Attorney General of the Commonwealth of Massachusetts, et al.,
      Intervenors

------------------------------

Consolidated with 21-1222, 21-1223, 21-1224, 22-1001, 22-1008, 22-1026

## O R D E R

Upon consideration of the unopposed motion to govern, it is

**ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings by April 24, 2024.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

               BY:   /s/
                     Catherine J. Lavender
                     Deputy Clerk