# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 21-1198** | **September Term, 2023** |
| | FERC-ER18-1639-013 |
| | FERC-ER18-1639-000 |
| | FERC-ER18-1639-010 |
| | **Filed On: April 24, 2024** [2051186] |

Constellation Mystic Power, LLC,

      Petitioner

   v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Maura Healey, Attorney General of the Commonwealth of Massachusetts, et al.,
      Intervenors

------------------------------

Consolidated with 21-1222, 21-1223, 21-1224, 22-1001, 22-1008, 22-1026

## O R D E R

    Upon consideration of the unopposed motion to govern, it is

    **ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings by July 23, 2024.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                  BY:    /s/
                              Catherine J. Lavender
                              Deputy Clerk