# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

Constellation Mystic )
  Power, LLC, *et al.* )
       Petitioners, )
        )
       v. )    No. 21-1198, *et al.*
        )    (consolidated)
Federal Energy Regulatory )
  Commission, )
       Respondent. )

## UNOPPOSED MOTION TO HOLD THE CASE IN ABEYANCE

Under the Court's April 24, 2024 order and Federal Rule of

Appellate Procedure 27, Petitioner Constellation Mystic Power, LLC

("Mystic") submits this motion.  Mystic has consulted with counsel for

all other parties in these consolidated appeals.  No party has said that

it will object to the proposal set forth below.

## BACKGROUND

These cases have been held in abeyance since August 2022.

Initially, these cases were held pending final decision in this Court of

*MISO Transmission Owners v. FERC*, 45 F.4th 248 (August 9, 2022).

Following this Court's remand in *MISO Transmission Owners*, the

parties have agreed to 90-day abeyances to await a final ruling from

FERC in that case, which some expect may bear on some of the issues

USCA Case #21-1198    Document #2065718    Filed: 07/22/2024    Page 2 of 5

raised in the consolidated petitions for review in this proceeding.

Most recently, on April 24, 2024, Mystic filed its latest unopposed motion requesting an additional 90-day abeyance. ECF Doc. #2051161. The Court granted that motion, directing the parties to file motions to govern future proceedings by July 23, 2024. Order, ECF Doc. # 2051161. Settlement discussions have been ongoing.

## PROPOSAL

All parties agree that this case should remain in abeyance for a further 120 days. Key parties are engaged in settlement discussions that appear likely to succeed. Holding this appeal in abeyance will serve the interests of judicial economy, as the project of settling the issues should resolve issues that otherwise would be presented to the Court in these consolidated appeals. For these reasons, the parties have agreed to seek a 120-day abeyance, reserving their rights to seek further abeyance of this proceeding or to propose alternative paths at the end of that period.

Accordingly, Mystic, without opposition, moves this Court for an order: (1) keeping the consolidated petitions, No. 21-1198, *et al.*, in abeyance, and (2) directing that motions to govern future proceedings

be filed within 120 days.

Dated: July 22, 2024

Respectfully submitted,

*/s/ Matthew A. Fitzgerald*
Matthew A. Fitzgerald
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-4716
F: (804) 698-2251
mfitzgerald@mcguirewoods.com

Noel H. Symons
Katlyn A. Farrell
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, D.C. 20006
T: (202) 857-2929
F: (202) 828-2992
nsymons@mcguirewoods.com
kfarrell@mcguirewoods.com

*Counsel for Constellation Mystic Power, LLC*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Fed. R. App. P. 32(g), I certify that this filing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(C) because it contains 309 words, excluding the parts exempted by Fed. R. App. P. 32(f).

I further certify that this filing complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this filing has been prepared in Century Schoolbook 14-point font using Microsoft Word.


Dated: July 22, 2024                    */s/ Matthew A. Fitzgerald*
                                        Matthew A. Fitzgerald

                                        *Counsel for Constellation Mystic Power, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on July 22, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>*/s/ Matthew A. Fitzgerald*</u>
Matthew A. Fitzgerald

*Counsel for Constellation Mystic Power, LLC*