# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. **CASE NO.** 21-1198    2. **DATE DOCKETED:** 10-8-2021
3. **CASE NAME** (lead parties only) Constellation Mystic Power, LLC v. Federal Energy Regulatory Commission
4. **TYPE OF CASE:** ☒ Review  ☐ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court
5. **IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?** ☐ Yes  ☒ No
   If YES, cite statute _____
6. **CASE INFORMATION:**
   a. Identify agency whose order is to be reviewed: Federal Energy Regulatory Commission
   b. Give agency docket or order number(s): ER18-1639-000 and ER18-1639-010
   c. Give date(s) of order(s): 9/13/2021 and 7/15/2021
   d. Has a request for rehearing or reconsideration been filed at the agency? ☒ Yes  ☐ No
      If so, when was it filled? 8/13/2021   By whom? Please see attachment
      Has the agency acted? ☒ Yes  ☐ No   If so, when? 9/13/2021
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      Please see attachment.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☐ Yes  ☒ No  If YES, identify case name(s), docket number(s), and court(s)
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☒ Yes  ☐ No  If YES, give case name(s) and number(s) of these cases and identify court/agency:
      Please see attachment.
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes  ☒ No  If YES, provide program name and participation dates.

Signature /s/ Matthew A. Fitzgerald    Date 10-29-2021
Name of Counsel for Appellant/Petitioner Matthew A. Fitzgerald
Address McGuireWoods LLP, Gateway Plaza, 800 East Canal Street, Richmond, VA 23219
E-Mail mfitzgerald@mcguirewoods.com    Phone ( 804 ) 775-4716    Fax ( 804 ) 698-2251

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Constellation Mystic Power, LLC, | ) | |
| *Petitioner*, | ) ) ) | |
| v. | ) ) | No. 21-1198 |
| Federal Energy Regulatory Commission, | ) ) ) | |
| *Respondent*. | ) ) | |

## ATTACHMENT TO DOCKETING STATEMENT OF PETITIONER

**Docketing Statement Question No. 6 – Case Information:**

**d.    Has a request for rehearing or reconsideration been filed at the agency? If so, when was it filed? By whom?**

A request for rehearing of *Constellation Mystic Power, LLC*, Docket No. ER18-1639-000, 176 FERC ¶ 61,019 (2021) ("July 2021 Order") was filed by Constellation Mystic Power, LLC on August 13, 2021.

**e.    Identify the basis of appellant's/petitioner's claim of standing.**

Section 313(b) of the Federal Power Act, 16 U.S.C. § 825*l*(b) (2012), permits a party aggrieved by an order of the Federal Energy Regulatory Commission ("Commission") to obtain judicial review of that order.

Petitioner is the rate proponent of the cost-of-service agreement ("Mystic Agreement") at issue in the proceedings before the Commission that led to the two orders now on review. As explained above, Petitioner sought rehearing of the July

1

2021 Order on August 13, 2021.  In a September 2021 Order, *Constellation Mystic Power, LLC*, Docket No. ER18-1639-010, 176 FERC ¶ 62,127 (2021) ("September 2021 Order"), the Commission issued a notice of denial of rehearing on several issues raised by Petitioner that impact the level of compensation it will receive under the Mystic Agreement.  Petitioner is thus aggrieved by the Commission's ruling in the above-referenced orders.

**g.     Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?**

In this court, seven consolidated cases are related to this case.  (Nos. 20-1343, 20-1361, 20-1362, 20-1365, 20-1368, 21-1067 and 21-1070).  These appeals are from related FERC orders addressing the same Mystic Agreement underlying this case.

Dated: October 29, 2021                         Respectfully Submitted,

/s/ Matthew A. Fitzgerald

Matthew A. Fitzgerald
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-4716
F: (804)-698-2251
mfitzgerald@mcguirewoods.com

Noel Symons
Katlyn A. Farrell

2

                                                                                                                          McGuireWoods LLP
888 16th Street NW
Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
T: (202) 857-2929
F: (202) 828-2992
nsymons@mcguirewoods.com
kfarrell@mcguirewoods.com

*Counsel for Constellation Mystic Power, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2021, I filed the foregoing with the Clerk of the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. I also certify that on the same day, I sent a copy of the foregoing through U.S. Mail, postage prepaid, to the following:

Mr. Robert H. Solomon
Solicitor
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426

/s/ Matthew A. Fitzgerald
Matthew A. Fitzgerald

*Counsel for Constellation Mystic Power, LLC*