IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Constellation Mystic Power, LLC, | ) | |
| *Petitioner*, | ) ) ) | |
| v. | ) ) | No. 21-1198 |
| Federal Energy Regulatory Commission, | ) ) ) | |
| *Respondent*. | ) ) ) | |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

In accordance with Circuit Rule 28(a)(1) and the Order issued by this Court on October 14, 2021, the undersigned, counsel of record for Petitioner Constellation Mystic Power, LLC, certify as follows:

**A.     Parties and Amici**

The Petitioner is Constellation Mystic Power, LLC.  The Respondent is the Federal Energy Regulatory Commission ("Commission").  The following listed parties appeared in the underlying administrative proceedings, Commission Docket Nos. ER18-1639-000 and ER18-1639-010:

Algonquin Gas Transmission, LLC

American Public Power Association

Avangrid Networks, Inc.

Avangrid Renewables, LLC

Braintree Electric Light Department

1

Calpine Corporation

Cavus Energy LLC

Citizens Energy Corporation

Cogentrix Energy Power Management, LLC

Concord Municipal Light Plant

Connecticut Department of Energy and Environmental Protection

Connecticut Municipal Electric Energy Cooperative

Connecticut Public Utilities Regulatory Authority

Consolidated Edison Energy, Inc.

Constellation Mystic Power, LLC

Dighton Power, LLC

Direct Energy

Direct Energy Business Marketing, LLC

Direct Energy Business, LLC

Distrigas of Massachusetts LLC

Dominion Energy Services, Inc.

Dynegy Marketing and Trade, LLC

Eastern New England Consumer-Owned Systems

Electric Power Supply Association

Emera Energy Services, Inc.

ENGIE Gas & LNG LLC

Environmental Defense Fund

Eversource Energy Service Company

Federal Energy Regulatory Commission

FirstLight Power Resources, Inc.

Gaz Metro LNG, L.P.

Georgetown Municipal Light Department

Hingham Municipal Lighting Plant

Industrial Energy Consumer Group

ISO New England Inc.

Littleton Electric Light & Water Department

LS Power Associates, L.P.

Maine Public Utilities Commission

Massachusetts Attorney General Maura Healey

Massachusetts Municipal Wholesale Electric Company

Middleborough Gas & Electric Department

Middleton Electric Light Department

Milford Power, LLC

Monitoring Analytics, LLC

National Grid USA

New England Local Distribution Companies

New England Power Generators Association Inc.

New England Power Pool Participants Committee

New England States Committee on Electricity

New Hampshire Electric Cooperative, Inc.

New Hampshire Office of Consumer Advocate

New Hampshire Public Utilities Commission

NextEra Energy Resources, LLC

Norwood Light and Broadband Department

NRG Power Marketing LLC and GenOn Energy Management, LLC

Pascoag Utility District

PSEG Power LLC

PSEG Energy Resources & Trade LLC

PSEG Power Connecticut LLC

Public Citizen, Inc.

Reading Municipal Light Department

Repsol Energy North America Corporation

State of Rhode Island

Taunton Municipal Lighting Plant

Vermont Department of Public Service

Vermont Public Utility Commission

Verso Corporation

Vistra Energy Corp.

Vitol Inc.

Wellesley Municipal Light Plant

Westfield Gas & Electric Light Department

**B.     Rulings Under Review**

Petitioner seeks review of the following orders issued by the Commission:

1. *Constellation Mystic Power, LLC*, Docket No. ER18-1639-000, 176 FERC ¶ 61,019 (2021) (July 15, 2021).

2. *Constellation Mystic Power, LLC*, Docket No. ER18-1639-010, 176 FERC ¶ 62,127 (2021) (September 13, 2021).

**C.     Related Cases**

This case has not previously been before this Court or any other court. In this court, seven consolidated cases are related to this case. (Nos. 20-1343, 20-1361, 20-1362, 20-1365, 20-1368, 21-1067, and 21-1070, currently being briefed.) These related, consolidated cases are all appeals from other FERC orders addressing the same Mystic agreement underlying this appeal.

Dated: October 29, 2021                        Respectfully Submitted,

/s/ Matthew A. Fitzgerald

Matthew A. Fitzgerald
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-4716
F: (804)-698-2251
mfitzgerald@mcguirewoods.com

Noel Symons
Katlyn A. Farrell
MCGUIREWOODS LLP

5

        888 16th Street N.W.
        Suite 500
        Black Lives Matter Plaza
        Washington, D.C. 20006
        T: (202) 857-2929
        F: (202) 828-2992
        nsymons@mcguirewoods.com
        kfarrell@mcguirewoods.com

        *Counsel for Constellation Mystic Power, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2021, I filed the foregoing with the Clerk of the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. I also certify that on the same day, I sent a copy of the foregoing through U.S. Mail, postage prepaid, to the following:

Mr. Robert H. Solomon
Solicitor
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426

/s/ Matthew A. Fitzgerald
Matthew A. Fitzgerald

*Counsel for Constellation Mystic Power, LLC*