# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Constellation Mystic Power, LLC,  )<br>   *Petitioner*,  )<br>     )<br>  v.  )<br>     )<br>Federal Energy Regulatory  )<br>Commission,  )<br>   *Respondent*.  )<br>     ) | No. 21-1198 |

## PRELIMINARY NON-BINDING STATEMENT OF ISSUES TO BE RAISED BY PETITIONER CONSTELLATION MYSTIC POWER, LLC

In accordance with this Court's October 14, 2021 Order, Petitioner Constellation Mystic Power, LLC ("Mystic") respectfully submits the following non-binding statement of issues to be presented for review:

1. FERC acted arbitrarily and capriciously by determining Mystic's return on equity without accounting for Mystic's above-average risk profile.

2. FERC acted arbitrarily and capriciously by calculating a return on equity for Mystic without first establishing and considering a zone of reasonableness.

3. FERC acted arbitrarily and capriciously by using the median, rather than the midpoint, as the measure of central tendency by which to determine Mystic's return on equity.

4. FERC arbitrarily and capriciously removed three companies from the proxy group used to determine Mystic's return on equity based on reasoning that is contrary to FERC precedent and the factual record.

5. FERC arbitrarily and capriciously failed to use the Expected Earnings methodology in the calculation of Mystic's return on equity.

Dated: October 29, 2021　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew A. Fitzgerald*

　　　　　　　　　　　　　　　　　　　　　　Matthew A. Fitzgerald
　　　　　　　　　　　　　　　　　　　　　　McGuireWoods LLP
　　　　　　　　　　　　　　　　　　　　　　Gateway Plaza
　　　　　　　　　　　　　　　　　　　　　　800 East Canal Street
　　　　　　　　　　　　　　　　　　　　　　Richmond, VA 23219
　　　　　　　　　　　　　　　　　　　　　　T: (804) 775-4716
　　　　　　　　　　　　　　　　　　　　　　F: (804)-698-2251
　　　　　　　　　　　　　　　　　　　　　　mfitzgerald@mcguirewoods.com

　　　　　　　　　　　　　　　　　　　　　　Noel Symons
　　　　　　　　　　　　　　　　　　　　　　Katlyn A. Farrell
　　　　　　　　　　　　　　　　　　　　　　McGuireWoods LLP
　　　　　　　　　　　　　　　　　　　　　　888 16th Street NW
　　　　　　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　　　　　　Black Lives Matter Plaza
　　　　　　　　　　　　　　　　　　　　　　T: (202) 857-2929
　　　　　　　　　　　　　　　　　　　　　　F: (202) 828-2992
　　　　　　　　　　　　　　　　　　　　　　nsymons@mcguirewoods.com
　　　　　　　　　　　　　　　　　　　　　　kfarrell@mcguirewoods.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Constellation Mystic Power, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2021, I filed the foregoing with the Clerk of the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. I also certify that on the same day, I sent a copy of the foregoing through U.S. Mail, postage prepaid, to the following:

Mr. Robert H. Solomon
Solicitor
Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426

/s/ Matthew A. Fitzgerald
Matthew A. Fitzgerald

*Counsel for Constellation Mystic Power, LLC*