ORAL ARGUMENT NOT YET SCHEDULED

IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Constellation Mystic Power, LLC,<br><br>*Petitioner*,<br><br>v.<br><br>Federal Energy Regulatory Commission,<br><br>*Respondent*. | No. 22-1215<br>(Consolidated with Case Nos. 21-1198, 21-1222, 21-1223, 21-1224, 22-1001, 22-1008, 22-1026) |

**UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL**

Under Federal Rule of Appellate Procedure 42(b), Petitioner Constellation Mystic Power, LLC ("Mystic") hereby moves for voluntary dismissal of its petition for review in Case No. 22-1215. Mystic has paid the filing fee and there have been no costs incurred in this case.

Mystic asks this Court to sever No. 22-1215 from the other pending appeals and dismiss it. (No petitioner seeks dismissal of any of the other consolidated case numbers). The parties have not yet submitted a proposed briefing schedule in No. 22-1215, no briefs have been submitted, and the Court has not yet scheduled oral argument. Counsel for Petitioner has contacted counsel for the Federal Energy Regulatory Commission ("FERC") and is authorized to represent that FERC has no objection to severing and dismissing No. 22-1215.

1

Dated: September 7, 2022					Respectfully submitted,

/s/ *Matthew A. Fitzgerald*

Matthew A. Fitzgerald
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-4716
F: (804) 698-2251
mfitzgerald@mcguirewoods.com

Noel H. Symons
Katlyn A. Farrell
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, D.C. 20006
T: (202) 857-2929
F: (202) 828-2992
nsymons@mcguirewoods.com
kfarrell@mcguirewoods.com

*Counsel for Constellation Mystic Power, LLC*

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 127 words, excluding the parts exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6) because the motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Matthew A. Fitzgerald*
Matthew A. Fitzgerald

*Counsel for Constellation Mystic Power, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 7, 2022, I filed the foregoing with the Clerk of the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system, which will send a notification of electronic filing to all counsel of record who are registered CM/ECF users.

                                                  */s/ Matthew A. Fitzgerald*
                                                  Matthew A. Fitzgerald

                                                  *Counsel for Constellation Mystic Power, LLC*