# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 21-1198** | **September Term, 2022** |
| | FERC-ER18-1639-013 |
| | FERC-ER18-1639-000 |
| | FERC-ER18-1639-010 |
| | **Filed On: October 26, 2022** [1970708] |

Constellation Mystic Power, LLC,

      Petitioner

  v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Maura Healey, Attorney General of the Commonwealth of Massachusetts, et al.,
      Intervenors

------------------------------

Consolidated with 21-1222, 21-1223, 21-1224, 22-1001, 22-1008, 22-1026

## O R D E R

    Upon consideration of the unopposed motion to govern, it is

    **ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings by January 24, 2023.

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

            BY:    /s/
                            Catherine J. Lavender
                            Deputy Clerk