# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 21-1198**                              **September Term, 2022**

FERC-ER18-1639-013
FERC-ER18-1639-000
FERC-ER18-1639-010

**Filed On: February 3, 2023** [1984553]

Constellation Mystic Power, LLC,

      Petitioner

    v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Maura Healey, Attorney General of the
Commonwealth of Massachusetts, et al.,
      Intervenors

------------------------------

Consolidated with 21-1222, 21-1223,
21-1224, 22-1001, 22-1008, 22-1026

**O R D E R**

Upon consideration of the unopposed motion to govern, it is

**ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings by April 24, 2023.

                                                       **FOR THE COURT:**
                                                       Mark J. Langer, Clerk

                                BY:     /s/
                                                       Catherine J. Lavender
                                                       Deputy Clerk